IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

David Raye,
    Plaintiff,

CV# 06-1027-BR

vs.

ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5729.41 (and no expenses) shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 and no costs shall be awarded to Plaintiff. The check shall be mailed to Plaintiff's attorney's office at PO Box 16310, Portland, OR 97292. Any assignments of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 27th day of June, 2007.

_____
Anna J. Brown
United States District Judge